# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JEFFERY WILSON,

    Petitioner

v.

JERRY HOWELL, et al.,

    Respondents

Case No.: 2:19-cv-00549-JAD-CWH

**Order Denying Application to Proceed** *in Forma Pauperis*

[ECF No. 1]

In this *pro se* petition for habeas relief under 28 U.S.C. § 2254, petitioner Jeffery Wilson applies for leave to proceed *in forma pauperis*. Because I find that petitioner is able to pay the filing fee,

IT IS HEREBY ORDERED that the application for leave to proceed *in forma pauperis* **[ECF No. 1] is DENIED.** Petitioner has until May 8, 2019, to pay the full filing fee. If he fails to do so by this deadline, this action will be dismissed without prejudice and without further advance notice.

IT IS FURTHER ORDERED that the Clerk of Court is directed to SEND petitioner two copies of this order, and petitioner must make the necessary arrangements to ensure that a copy of this order is attached to the check for his filing fee.

Dated: April 8, 2019

                                                  U.S. District Judge Jennifer A. Dorsey