# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JEFFERY WILSON,

    Petitioner

v.

JERRY HOWELL, et al.,

    Respondents

Case No.: 2:19-cv-00549-JAD-CWH

**Order Granting Extension of Time**

**[ECF No. 9]**

    Good cause appearing, IT IS HEREBY ORDERED THAT respondents' motion for extension of time [ECF No. 9] is GRANTED. Respondents have until August 27, 2019, to answer or otherwise respond to the petition for writ of habeas corpus in this case.

    Dated: July 1, 2019

                                                      _____
                                                      U.S. District Judge Jennifer A. Dorsey