**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JEFFREY WILSON,

                    Petitioner,

    v.

JERRY HOWELL, et al.,

                    Respondents.

Case No. 2:19-cv-00549-JAD-DJA

**Order Granting Extension of Time**

[ECF No. 12]

Good cause appearing, IT IS HEREBY ORDERED that respondents' second motion for enlargement of time [ECF No. 12] **is GRANTED.** Respondents have until November 5, 2019, to answer or otherwise respond to the petition for writ of habeas corpus in this case.

August 23, 2019

_____

U.S. District Judge Jennifer A. Dorsey

1