# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JEFFREY WILSON,

    Petitioner

v.

JERRY HOWELL, et al.,

    Respondents

Case No. 2:19-cv-00549-JAD-DJA

**Order Granting Extension of Time**

[ECF No. 14]

    Good cause appearing, IT IS HEREBY ORDERED that respondents' third motion for enlargement of time [ECF No. 14] **is GRANTED.** Respondents have until January 14, 2020, to answer or otherwise respond to the petition for writ of habeas corpus in this case.

    I initially ordered respondents to respond to the petition by June 28, 2019.[1] I have twice extended their response deadline.[2] The new deadline that I set in this order falls six and a half months after the initial deadline. Given the length of time that respondents have received to file a response, **further extensions of time are not likely to be granted absent compelling circumstances and a strong showing of good cause why a response could not be filed within the extended time allowed despite the exercise of due diligence**.

                                                U.S. District Judge Jennifer A. Dorsey
                                                                 November 5, 2019

---

[1] ECF No. 6.
[2] ECF Nos. 10, 13.