# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JEFFREY WILSON,

            Petitioner,

v.

JERRY HOWELL, et al.,

           Respondents.

Case No. 2:19-cv-00549-JAD-DJA

**Order Confirming Appointment of Counsel**

[ECF No. 28]

Because the Federal Public Defender has entered an appearance on behalf of Petitioner Jeffrey Wilson,[1] IT IS HEREBY ORDERED that:

1. The Federal Public Defender, through C.B. Kirschner, Esq., is appointed as counsel for Wilson under 18 U.S.C. § 3006A(a)(2)(B). Kirschner will represent Wilson in all federal proceedings related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw.

2. Wilson will have until July 6, 2020, to file an amended petition or seek other appropriate relief. This deadline and any extensions of it may not be construed as implied findings regarding the federal limitation period or a basis for tolling. Wilson at all times remains responsible for calculating the limitation period and timely asserting claims, without regard to any court-ordered deadlines or extensions. So, a petition or amended petition filed within a court-ordered deadline may still be dismissed as untimely if it violates the statute of limitations.[2]

3. If Wilson files an amended petition, Respondents will have 30 days from the date of service to respond to it—including by motion to dismiss. Wilson will have 30 days from the date of service of an answer to file a reply. However, Local Rule LR 7-2(b) governs the scheduling for responses and replies to motions filed by either party, including motions filed in lieu of pleadings.

---

[1] ECF No. 28.

[2] *See Sossa v. Diaz*, 729 F.3d 1225, 1235 (9th Cir. 2013).

4. Any additional instructions stated in the April 2019 scheduling order remain in effect.[3]

Dated: April 6, 2020.

_____
U.S. District Judge Jennifer A. Dorsey

---

[3] ECF No. 6.