# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY WILSON,<br><br>                        Petitioner,<br>v.<br><br>JERRY HOWELL, et al.,<br><br>                        Respondents. | Case No. 2:19-cv-00549-JAD-DJA<br><br>**Order Granting Motion for Extension of Time**<br><br>[ECF No. 30] |

      Nevada state prisoner and counseled Petitioner Jeffrey Wilson moves for a 91-day extension of time to amend his habeas petition.[1] Good cause appearing, IT IS HEREBY ORDERED that Wilson's motion for enlargement of time [ECF No. 30] **is GRANTED.** Wilson has until October 5, 2020, to file an amended petition for writ of habeas corpus.[2]

      Dated: July 2, 2020

                                                          _____
                                                            U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 30.

[2] The new deadline I approve in this order falls 18 months after this case began in April 2019. Lengthy habeas litigation is generally incompatible with the three-year goal set by the Civil Justice Reform Act of 1990 ("CJRA"), 28 U.S.C. § 471 *et seq.*, as well as the purposes served by the Antiterrorism and Effective Death Penalty Act ("AEDPA") 28 U.S.C. § 2244 *et seq.*: finality, efficiency, and comity. Based on the lack of progress to date, additional delay may impede this case from reaching a merits determination within three years. Accordingly, any future request for extension of time—even if unopposed—will be carefully scrutinized for good cause.