# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY WILSON,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>JERRY HOWELL, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 2:19-cv-00549-JAD-DJA<br><br>**Order Granting Motion for<br>Extension of Time**<br><br>[ECF No. 32] |

Nevada state prisoner and counseled Petitioner Jeffrey Wilson moves for a 91-day extension of time to amend his habeas petition.[1]  Good cause appearing, IT IS HEREBY ORDERED that Wilson's motion for extension of time **[ECF No. 32] is GRANTED.  Wilson has until December 4, 2020, to file an amended petition for writ of habeas corpus**.[2]

Dated: October 5, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 32.

[2] The new deadline approved in this order represents the second extended deadline and falls nine months after counsel's appointment.  Given the length of time Petitioner's counsel has received to investigate and submit an amended petition, **further extensions of time are not likely to be granted absent compelling circumstances and a strong showing of good cause why an amended petition could not be filed within the extended time allowed despite the exercise of due diligence**.