UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY WILSON,<br><br>               Petitioner,<br>v.<br><br>JERRY HOWELL, et al.,<br><br>               Respondents. | Case No. 2:19-cv-00549-JAD-DJA<br><br>**Order Granting Enlargement of Time**<br>[ECF No.  35] |

Good cause appearing, IT IS HEREBY ORDERED that respondents' unopposed first motion for enlargement of time **[ECF No. 35] is GRANTED**.  Respondents have until March 5, 2021, to answer or otherwise respond to the first amended petition for writ of habeas corpus in this case.

Dated: January 7, 2021.

_____
U.S. District Judge Jennifer A. Dorsey