# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jeffrey Wilson,<br><br>　　　　　　　　　Petitioner,<br>　v.<br>Jerry Howell, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 2:19-cv-00549-JAD-DJA<br><br>**Order Granting Enlargement of Time**<br>[ECF No. 38] |

　　Respondents move for a 30-day extension of time to answer or otherwise respond to Petitioner Jeffrey Wilson's first amended petition for writ of habeas corpus.[1] Good cause appearing, IT IS HEREBY ORDERED that respondents' unopposed first motion for enlargement of time **[ECF No. 38] is GRANTED**. **Respondents have until April 5, 2021, to answer** or otherwise respond to Wilson's first amended petition for writ of habeas corpus.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　Dated: March 9, 2021

---

[1] ECF No. 38.